UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION, AT ABINGDON

| | |
|---|---|
| CAROLYN STOOTS ) | |
| ) | Case Number: 1:12-cv-00055-JPJ-PMS |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| CAVALRY PORTFOLIO SERVICES, LLC, ) | |
| CAVALRY SPV I, LLC, and ) | |
| KRAMER, LINKIE & TAYLOR, LLC, ) | |
| ) | |
| Defendants ) | |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff, Carolyn Stoots, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the above-captioned action as to all Defendants, **with prejudice**. All matters have been resolved between all parties involved. Each party will be responsible for their own costs and attorneys' fees.

                                  Respectfully Submitted,

                                  Carolyn Stoots
BY:   /s/Matthew L. Felty, Esq.
        /s/Brandon Snodgrass, Esq.
        Attorneys for Plaintiff
        Snodgrass Law Firm
        P.O. Box 1417
        Abingdon, VA 24212
        276-676-2660
        276-676-2667
        mfelty@snodgrasslawfirm.com
        bsnodgrass@snodgrasslawfirm.com